

# IN THE
# TENTH COURT OF APPEALS

## No. 10-24-00169-CR

## EX PARTE ISIAH SCOTT

### Original Proceeding

### From the 87th District Court
### Leon County, Texas
### Trial Court No. 22-0120CR

## MEMORANDUM  OPINION

Isiah Scott has filed a document that we have construed as an original application for a writ of habeas corpus. The courts of appeals, however, have no original habeas-corpus jurisdiction in criminal matters. *Ex parte Braswell*, 630 S.W.3d 600, 601 (Tex. App.—Waco 2021, orig. proceeding); *Ex parte Martinez*, 175 S.W.3d 510, 512–13 (Tex. App.—Texarkana 2005, orig. proceeding) ("Our law requires post-conviction applications for writs of habeas corpus, for felony cases in which the death penalty was not assessed, to be filed in the court of original conviction, made returnable to the Texas

Court of Criminal Appeals.") (citing TEX. CODE CRIM. PROC. ANN. art. 11.07, § 3(a)–(b)).

Accordingly, this proceeding is dismissed for want of jurisdiction.


                         MATT JOHNSON
                         Justice

Before Chief Justice Gray,
      Justice Johnson, and
      Justice Smith
Dismissed
Opinion delivered and filed June 20, 2024
Do not publish
[OT06]

